AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>STEVEN DEXTER GANGOO<br><br>_____<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  19-6584-SNOW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____9/30/2019-11/6/2019_____ in the county of _____Broward_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2251(a) & (e)<br>Title 18, United States Code, Section 875(d) | Knowingly used a minor to engage in any sexually conduct for the purpose of producing any visual depiction of such conduct.<br>Sending Extortionate Interstate Communicaitons. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lee Bieber, Task Force Officer FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/4/19

City and state:        Fort Lauderdale, Florida

_____
*Judge's signature*

Lurana S. Snow , United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Lee Bieber, Task Force Officer with the Federal Bureau of Investigation ("FBI"), having been first duly sworn, do hereby depose and state as follows:

1.      I am a Detective with the Plantation Police Department and have been so employed since 2002.  I am currently assigned to the Federal Bureau of Investigation (FBI) Child Exploitation Task Force, Miami Field Office, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including minor sex trafficking, child pornography, and enticement violations.  I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.  I have conducted and assisted in numerous child exploitation investigations and have executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of child prostitution.  As a Detective with the Plantation Police Department, I have investigated numerous cases involving Sexual Battery, Child Abuse, and Computer Crimes. I am also assigned to the South Florida ICAC (Internet Crimes Against Children) Task Force. The South Florida ICAC (Internet Crimes Against Children) is part of a National Task Force. South Florida ICAC investigates computer crimes related to child pornography and crimes related to the abuse and exploitation of children, including on-line undercover investigations.

2.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code Section 2510(7).  That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

1

3.      The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause and as such, does not include everything I know about the investigation.

4.      This affidavit is submitted in support of a Criminal Complaint charging STEVEN DEXTER GANGOO, (hereinafter referred to as "GANGOO") with knowingly using a means of interstate or foreign commerce, to use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2251(a) and (e); and with knowingly and with the intent to extort from another person a thing of value, and did transmit in interstate or foreign commerce a communication containing a threat to injure the reputation of Victim 1, for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 875(d).

## BACKGROUND OF THE INVESTIGATION

5.      On October 8, 2019, it was reported to the Fort Lauderdale Police Department that a 16-year-old female child, herein referred to as VICTIM 1, was solicited for digital photographs of her breasts by an unknown suspect using the Instagram social media platform. On October 14, 2019, Law enforcement interviewed VICTIM 1 who advised that the suspect, using Instagram username @kaiatroy, initially contacted her via Instagram Direct Message (DM) about a week prior to this incident being reported. Her Instagram name at the time was @shay_na. VICTIM 1 stated that the unknown suspect offered her money via Cash App to take sexually explicit digital

2

photographs in exchange for money. VICTIM 1 planned to use her friend's Cash App account to receive payment. The suspect initially directed VICTIM 1 to take digital photographs of herself wearing certain clothing items such as her bra and underwear. He then directed her to take digital photographs of herself with breasts and vaginal area exposed. VICTIM 1 stated the suspect offered to get her a new phone and up to $1,000.00 while explicitly directing her how to pose and what to do in the photos.

6.      The suspect asked VICTIM 1 to video chat with him on Snapchat. VICTIM 1 identified the suspect's Snapchat username as thewave26. VICTIM 1 stated that during the live video chat, the suspect intentionally kept himself hidden and unrecognizable. Additionally, the suspect kept himself muted and provided instructions to VICTIM 1 via Snapchat text messages. VICTIM 1 was directed to "twerk" which is a sexually proactive dance in which the subject's buttocks is the main focus.  She was then told to bend over and show her vagina, and open her vaginal lips. VICTIM 1 complied with the suspect's instructions. Unbeknownst to VICTIM 1, the suspect screen recorded the video chat.

7.      The suspect revealed his true intentions when he refused to provide payment. He then demanded that VICTIM 1 continue to produce and transmit digital photographs and videos of herself performing sexual acts such as masturbation. The suspect threated to expose VICTIM 1 if she refused to comply. The previously sent digital photographs were used as leverage to gain compliance. The suspect also instructed VICTIM 1 to recruit other underage females for the same purpose. If she cooperated with his demands, there would be no extortion. Additionally, the suspect used intimidation to gain compliance by telling VICTIM 1 that he knew her address and what school she currently attends. The suspect told VICTIM 1 that he expects her to be ready whenever he texts her. The suspect threatened to distribute her sexually explicit images / videos to her friends

3

if she refused to comply or breaks a rule. This includes answering him right away, not sending a video or photo he wants, and / or not recruiting other underage females to send him photos. According to VICTIM 1, the suspect ultimately distributed screen shots from the live video chat as well as digital photographs that she previously sent to him, to multiple people on Instagram. Eventually VICTIM 1 refused to comply with suspect's demands and decided to report the incident to law enforcement. VICTIM 1 mentioned that she fears for her safety and is emotionally distressed due to the fact that the suspect distributed the aforementioned photos and videos to known persons who attend her school.

8.      It should be noted, VICTIM 1 told the suspect she was 16 years-old during the chat exchange. At which time he continued to request her to produce the sexually explicit photos and videos. The suspect stated he was 19 years-old and lived in Texas. The victim deleted some of the chats, but did screen shot the more recent chats where the suspect discussed exposing the victim if she did not cooperate.

9.      On October 23, 2019, a search warrant was served on Facebook, Inc. for the data records pertaining to the suspect's Instagram user account kaiatroy. Facebook provided a response which shows the chat exchange between VICTIM 1, using Instagram username vocalbaby_, and the suspect, using Instagram username kaiatroy. VICTIM 1 mentioned that she changed her username from "shay_na" to "vocalbaby_" after the incident. However, both usernames are listed under the same account number. The chat exchange between VICTIM 1 and the suspect started on September 30, 2019 and continued past October 5, 2019. The suspect began with offering VICTIM 1 money in exchange for sexy videos and images of her "twerking." The suspect's demands escalated from twerking to sexually explicit conduct in which he requested that she manipulate her vagina with her hands.

4

10.     Victim 1's allegations were corroborated in videos found on Instagram of VICTIM 1 masturbating and manipulating her vagina. Throughout the chat exchange, the suspect explicitly directs VICTIM 1 on how to produce the sexually explicit images and / or videos. The suspect offers VICTIM 1 various amounts of money and a new phone in exchange for these images, videos, and live video chats. In the chat log, it appears that VICTIM 1 is reluctant to produce the requested images and videos but the suspect encourages her to continue by reiterating payment for such files. The suspect eventually admits he screen-recorded the live video chats in which VICTIM 1 conducted sex acts as per his direction. The Instagram chats also show the suspect threatening to expose VICTIM 1 if she refused comply his demands while simultaneously distributing the said images of videos of VICTIM 1 to other Instagram users.

11.     In the chat exchange, the suspect acknowledges that VICTIM 1 is a child when he sends two messages stating that he is aware she is "underage." When VICTIM 1 informs the suspect that she is 16-years-old, he replies that he has had other girls younger than her, do the same thing.

12.     It should be noted, the suspect interacts with several other Instagram accounts. He seeks "CP," which is the term for Child Pornography, and asks for videos or images of "young" girls and tells other subjects that he has child pornography of every kind to trade with. The suspect sends and receives links to Mega and Dropbox accounts containing child pornography. Law enforcement visited the live links and subsequently documented, confirmed, and preserved the accounts where possible. There were child pornography images and videos of victims as young as three years old being forced into sex acts with adult males, including vaginal, oral, anal sex, and bondage.

5

13.     The suspect's Instagram data record returns contained five (5) images of child pornography depicting VICTIM 1. These files, described below, were sent to the suspect on October 5, 2019.

> direct_stories_2147761294457964204.mp4 – This video depicts VICTIM 1 reaching into her blue underwear and masturbating.
>
> direct_stories_2147786649319326308.jpg – An image of VICTIM 1 masturbating.
>
> direct_stories_2147790718549167405.mp4 – This video depicts the recording of VICTIM 1's vagina as she opens the labia (per suspect's instruction).
>
> direct_stories_2151072899749118983.jpg – A screen shot of the suspect's camera roll in which the victim's previously described images and videos are all visible. There are possibly more videos of VICTIM 1 masturbating.
>
> direct_stories_2147773396988168840.mp4 – This video depicts VICTIM 1 manipulating her breasts and nipples in a lewd lascivious manner.

14.     The suspect's Instagram data record returns also contained a screen shot image depicting a Mega Account (cloud account), which revealed twenty (20) video thumbnails of known child pornography with prepubescent female child victims (ages 7-10) engaged in sex acts with adult males.

15.     On November 4, 2019, VICTIM 1 met with law enforcement from the Fort Lauderdale Police Department. During the follow-up interview, VICTIM 1 positively identified the aforementioned images and videos of herself which was discovered in the suspect's Instagram account. VICTIM 1 also identifiable her tattoos that are visible in these images and videos.

16.     On October 23, 2019, a search warrant was also served on Snapchat for the data records pertaining to the suspect's Snapchat user account thewave26. Snapchat provided a response which shows the suspect chatting with VICTIM 1, using Snapchat username @shay_nawatson. It was also discovered that the suspect engaged in sexually explicit chats with

other female children, all near the age of 13. He requested sexually explicit images, videos, and live video chats from these unidentified victims using the same *modus operandi*.

17. The content provided by Snapchat and Instagram of the suspect's accounts revealed child pornography, explicit chats regarding extortion, distribution, and production of child pornography/sexual performance of live child victims.

18. In both the Snapchat and Instagram search warrant returns, IP history logs were provided regarding the subscribed user/suspect's account activity. Both the Snapchat and Instagram IP addresses were identical, and both resolve back to AT&T.

19. A subpoena was submitted to AT&T for subscriber information pertaining to these IP Addresses. AT&T provided a response to the subpoena on October 30, 2019. The response shows that these IP Addresses were assigned to subscriber Dixie-Ann Gangoo with an address of 4234 SW 21ˢᵗ Street Fort Lauderdale, Florida 33317.

20. Law enforcement from the Internet Crimes Against Children (ICAC) Task Force conducted surveillance on the target residence 4234 SW 21 Street in Fort Lauderdale. During the ongoing surveillance, law enforcement used a commercial device to review all WiFi connections in the area. While stopped directly in front of the residence, it was confirmed that all WiFi connections at or near 4234 SW 21 Street were password locked and secured.

21. On November 6, 2019, a search warrant was executed at the target residence 4234 SW 21 Street in Fort Lauderdale. Pursuant to the execution of the warrant, law enforcement made contact with occupants in the residence. One of which was an 18-year-old adult male STEVEN DEXTER GANGOO. STEVEN GANGOO, herein referred to as GANGOO, voluntarily agreed

to speak with officers on scene. After being advised of the identity of the interviewing officers and the nature of the interview, GANGOO provided the following information:

22.     GANGOO identified other occupants in the residence, his bedroom, and electronic devices he had access too. Additionally, he confirmed ownership of Snapchat user account thewave26 and Instagram user account kaiatroy. GANGOO advised that these accounts were accessed from his Apple iPhone. This device belongs to him, is passcode protected, and he is the only person who uses it. GANGOO believed that law enforcement was at his residence due to a girl sending him nude images on his Instagram account. He thought that other students at his school reported that account. Subsequent to providing confirmation of the aforementioned accounts and making this statement, GANGOO was read his <u>Miranda</u> rights, which he understood and the interview continued.

23.     GANGOO stated that he initiated the chat exchange with VICTIM 1. He offered to send her Cash App money in exchange for the nude images. GANGOO admitted that he had no intention of providing payment. GANGOO mentioned that VICTIM 1 thought he was going to blackmail her after she sent him the nude files, and no payment was rendered. He stated VICTIM 1 eventually blocked him. During the chat exchange, GANGOO instructed VICTIM 1 to produce images / videos of her breasts, vagina, and buttocks. GANGOO offered her more money to produce these nude images when she said that the amount was not enough. GANGOO stated that communications with VICTIM 1 also occurred via live video chat.

24.     GANGOO again confirmed ownership of the aforementioned Instagram and Snapchat accounts as well as the email address(es) thewave69420@gmail.com and awaseomfbsjjs@gmail.com which were associated to these accounts. GANGOO admitted that he created these dummy, or fake, accounts in order to obtain nude photos from girls. He remembered

8

that VICTIM 1 was "the one" that wanted a phone in exchange for nude photos/videos. He also noted that she sent him her address. GANGOO knew that VICTIM 1 attended the same school, but never introduced himself.

25.     During a live video chat session, GANGOO instructed VICTIM 1 to twerk, show her "boobs," and open her vagina. VICTIM 1 complied with his instructions. Additionally, GANGOO confirmed that he saved the video/live chatting via the screen record function on his Apple iPhone. GANGOO knew she was under the age of 18.

26.     GANGOO admitted that he threatened to expose VICTIM 1 if she refused to comply with his demands. He also admitted to directing VICTIM 1 to recruit other female victims who would send him the same type of images and videos. GANGOO told VICTIM 1 that he prefers girls under 18-years-old and any girls that she knows from high school, preferable from her grade level.

27.     GANGOO identified and signed the previously described images of VICTIM 1 which were found in his Instagram account with the username kaiatroy. It should be noted that VICTIM 1 also identified herself in these photos and videos prior to the search warrant on GANGOO's residence. GANGOO admitted to saving the sexually explicit photos and videos of the 16-year-old victim which she produced at his direction. GANGOO confirmed that he distributed a screenshot of his camera roll showing the saved child pornography images and videos of VICTIM 1 to other Instagram users. The purpose of distributing the screenshot was to show VICTIM 1 that he would follow through with his threats. GANGOO admitted that he felt bad about his actions toward VICTIM 1 after learning that she was emotional distressed at school over the incident. While in the presents of law enforcement, GANGOO wrote a letter to VICTIM 1, apologizing for his actions.

28.     GANGOO stated he knew the definition of child pornography (CP), has viewed it in the past, and has child pornography videos in his Mega account and on his Apple iPhone. GANGOO's Apple iPhone XS cellular phone was located on his bed and plugged into the wall.

29.     A Forensic preview of GANGOO's Apple iPhone XS Max was conducted on scene. The preview revealed images and videos of VICTIM 1 preforming sexual acts. Further child pornography images were located on GANGOO's Apple iPhone. Additional child pornography images were located within a chat conversation in one of the phone's chat applications. These images depict female children between the ages of 3 (three) and 14 (fourteen) years old, engaging in sexual acts with adult men, including oral sex, vaginal sex, and bondage. There are many other child pornography images within the suspect's phone, pending future forensic examination.

## CONCLUSION

30.     Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that GANGOO did knowingly, using a means of interstate or foreign commerce, to use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2251(a) and (e); and did knowingly, with the intent to extort from another person a thing of value, and did transmit in interstate or foreign commerce a communication containing a threat to injure

the reputation of VICTIM 1, for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 875(d).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Lee Bieber, Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this 4th day of December, 2019.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE