UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cr-60385-Smith/Valle

18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 875(d)

UNITED STATES OF AMERICA

v.

STEVEN GANGOO,

Defendant.
_____/

FILED BY ___SP___ D.C.
Dec 19, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Production of Child Pornography**
**(18 U.S.C. § 2251(a) and (e))**

From on or about September 30, 2019, and continuing until on or about November 6, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVEN GANGOO,**

employed, used, persuaded, induced, enticed, and coerced a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
## Possession of Child Pornography
## (18 U.S.C. §§ 2252(a)(4)(B) & (b)(2))

On or about November 6, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVEN GANGOO,**

did knowingly possess matter, that is, an Apple iPhone XS Max, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor or a minor who had not attained twelve years of age.

## COUNT 3
## Sending Extortionate Interstate Communications
## (18 U.S.C. § 875(d))

From on or about September 30, 2019, and continuing until on or about November 6, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVEN GANGOO,**

did knowingly, with the intent to extort from another person, Victim 1, a thing of value, transmit in interstate and foreign commerce any communication containing any threat to injure the reputation of the addressee, that is, the defendant threatened to post sexually explicit photographic

images of the addressee, if the addressee refused to send sexually explicit images of herself to the defendant, in violation of Title 18, United States Code, Section 875(d).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
M. CATHERINE KOONTZ
SPECIAL ASSISTANT U.S. ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. 19-cr-60385-Smith/Valle

vs.
                                             **CERTIFICATE OF TRIAL ATTORNEY***

**Steven Gangoo,**

                **Defendant.**
_____ /   **Superseding Case Information:**

**Court Division**: (Select One)             New Defendant(s)  ____ Yes  ____ No
                                             Number of New Defendants  ____
     Miami ____   Key West ____              Total number of counts  ____
     FTL  _X_    WPB ____    FTP ____

     I do hereby certify that:
     1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

     2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

     3.  Interpreter:    (Yes or No)   NO
         List language and/or dialect  _____

     4.  This case will take    3    days for the parties to try.

     5.  Please check appropriate category and type of offense listed below:
         (Check only one)                         (Check only one)

         I     0 to 5 days      _X_              Petty      ____
         II    6 to 10 days     ____             Minor      ____
         III   11 to 20 days    ____             Misdem.    ____
         IV    21 to 60 days    ____             Felony     _X_
         V     61 days and over ____

     6.  Has this case been previously filed in this District Court?   ____ (Yes or No)
         If yes:
         Judge: _____   Case No. _____
                (Attach copy of dispositive order)
         Has a complaint been filed in this matter?   Yes   (Yes or No)
         If yes:
         Magistrate Case No.                   19-mj-06584-LSS
         Related Miscellaneous numbers:        _____
         Defendant(s) in federal custody as of _____
         Defendant(s) in state custody as of   _____
         Rule 20 from the District of          _____

         Is this a potential death penalty case?    No    (Yes or No)

     7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

     8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

                                             _____
                                             CATHERINE KOONTZ
                                             ASSISTANT UNITED STATES ATTORNEY
                                             Court Number A5501929

Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT

## CASE SUMMARY

1. Case Name: United States of America vs Steven Gangoo

2. Number of Defendants: 1

3. Number of Counts: 1

4. Are there any arrest warrants? If so, list each defendant with an arrest warrant.
   No

5. Is there a motion to seal the indictment? No (If so, cover sheet over indictment saying "Sealed Indictment" is required
   No

*This indictment was signed by Thomas J. Mulvihill, Managing Assistant United States Attorney for Ariana Orshan Fajardo, United States Attorney.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: STEVEN GANGOO**     Case No: 19-cr-60385-Smith/Valle

Count: 1

Production of Child Pornography

18 U.S.C. § 2251(a) & (e)

*Max. Penalty: 30 years' imprisonment with a minimum mandatory term of 15 years' imprisonment; $250,000 fine; 5 years' to life of supervised release

Count: 2

Possession of Child Pornography

18 U.S.C. § 2252(a)(4)(b) & (b)(2)

*Max. Penalty: 20 years' imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release

Count: 3

Sending Extortionate Interstate Communications

18 U.S.C. § 875(d)

*Max. Penalty: 2 years' imprisonment; $250,000 fine; a term of up to 1 year of supervised release

Count:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.