UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60385-SMITH/VALLE(s)

18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. § 2422(b)
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 875(d)

UNITED STATES OF AMERICA

v.

STEVEN GANGOO,

Defendant.
_____/

FILED BY ___ D.C.

MAR 12 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

From on or about September 30, 2019, and continuing until on or about November 6, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVEN GANGOO,**

employed, used, persuaded, induced, enticed, and coerced a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

From on or about June 21, 2019, and continuing until on or about October 21, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVEN GANGOO,**

employed, used, persuaded, induced, enticed, and coerced a minor, Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
### Enticement of a minor
### (18 U.S.C. § 2422(b))

From on or about June 21, 2019, and continuing until on or about October 21, 2019, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**STEVEN GANGOO,**

using any facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual, Victim 2, who had not attained the age of eighteen years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 4
### Possession of Child Pornography
### (18 U.S.C. §§ 2252(a)(4)(B) & (b)(2))

On or about November 6, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVEN GANGOO,**

did knowingly possess matter, that is, an Apple iPhone XS Max, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor or a minor who had not attained twelve years of age.

### COUNT 5
### Sending Extortionate Interstate Communications
### (18 U.S.C. § 875(d))

From on or about September 30, 2019, and continuing until on or about November 6, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVEN GANGOO,**

did knowingly, with the intent to extort from another person, Victim 1, a thing of value, transmit in interstate and foreign commerce any communication containing any threat to injure the reputation of the addressee, that is, the defendant threatened to post sexually explicit photographic

images of the addressee, if the addressee refused to send sexually explicit images of herself to the defendant, in violation of Title 18, United States Code, Section 875(d).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

M. CATHERINE KOONTZ
SPECIAL ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           CASE NO.   19-cr-60385-Smith(s)

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

**Steven Gangoo,**

                              **Defendant.**

_____ /  **Superseding Case Information:**

**Court Division**: (Select One)

    New Defendant(s) ____ Yes  X  No
    Number of New Defendants   0
    Miami ____  Key West ____  Total number of counts   5
    FTL ____   WPB  X   FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   NO
   List language and/or dialect

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days   X         Petty
   II   6 to 10 days             Minor
   III  11 to 20 days                     Misdem.
   IV  21 to 60 days                     Felony    X
   V   61 days and over

6. Has this case been previously filed in this District Court?   Yes   (Yes or No)
If yes:
Judge:  Judge Rodney Smith             Case No.   19-cr-60385-Smith(s)
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   Yes   (Yes or No)
If yes:
Magistrate Case No.   19-mj-06584-LSS
Related Miscellaneous numbers:
Defendant(s) in federal custody as of
Defendant(s) in state custody as of
Rule 20 from the District of

Is this a potential death penalty case?   No   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes   X   No

                                                    CATHERINE KOONTZ
                                                    SPECIAL ASSISTANT UNITED STATES ATTORNEY
                                                      Court Number A5501929

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **STEVEN GANGOO**     Case No: 19-cr-60385-Smith(s)

Count: 1-2

Production of Child Pornography

18 U.S.C. §§ 2251(a) & (e)

*Max. Penalty: 30 years' imprisonment with a minimum mandatory term of 15 years' imprisonment; $250,000 fine; 5 years' to life of supervised release

Count: 3

Enticement of a minor

18 U.S.C. § 2422(b)

*Max. Penalty: Life imprisonment with a minimum mandatory term of ten (10) years' imprisonment; $250,000 fine; and a life term of supervised release with a minimum term of 5 years of supervised release.

Count: 4

Possession of Child Pornography

18 U.S.C. §§ 2252(a)(4)(b) & (b)(2)

*Max. Penalty: 20 years' imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release

Count: 5

Sending Extortionate Interstate Communications

18 U.S.C. § 875(d)

*Max. Penalty: 2 years' imprisonment; $250,000 fine; a term of up to 1 year of supervised release

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.