4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60385-SMITH/VALLE(s)

UNITED STATES OF AMERICA,

v.

STEVEN GANGOO,

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America and **STEVEN GANGOO** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

On October 8, 2019, it was reported to the Fort Lauderdale Police Department that a 16-year-old female child, herein referred to as Victim 1, was solicited for digital photographs of her breasts by an unknown suspect using the Instagram social media platform. On October 14, 2019, Law enforcement interviewed Victim 1 who advised that the suspect, later identified as Steven Gangoo, initially contacted her via Instagram Direct Message (DM) about a week prior to this incident being reported. Victim 1 stated that the unknown suspect offered her money via Cash App to take sexually explicit digital photographs in exchange for money. Victim 1 planned to use her friend's Cash App account to receive payment. The suspect initially directed Victim 1 to take digital

1

photographs of herself wearing certain clothing items such as her bra and underwear. He then directed her to take digital photographs of herself with breasts and vaginal area exposed. Victim 1 stated the suspect offered to get her a new phone and up to $1,000.00 while explicitly directing her how to pose and what to do in the photos. Victim 1 told the suspect she was only 16 years old on numerous occasions. In response the tell her that he has had other girls younger than her, do the same thing.

The suspect asked Victim 1 to video chat with him on Snapchat. Victim 1 stated that during the live video chat, the suspect intentionally kept himself hidden and unrecognizable. Additionally, the suspect kept himself muted and provided instructions to Victim 1 via Snapchat text messages. Victim 1 was directed to "twerk" which is a sexually proactive dance in which the subject's buttocks is the focus. She was then told to bend over and show her vagina and open her vaginal lips. Victim 1 complied with the suspect's instructions. Unbeknownst to Victim 1, the suspect screen recorded the video chat.

The suspect refused to provide payment and demanded that Victim 1 continue to produce and transmit digital photographs and videos of herself performing sexual acts such as masturbation. Victim 1 was told that she needed to be ready to do whatever he asked, whenever he wanted. The suspect also instructed Victim 1 to recruit other underage females for the same purpose. The suspect also used intimidation to gain compliance by telling Victim 1 that he knew her address and what school she currently attends. The suspect threated

to distribute her sexually explicit images and videos to her friends if she refused to comply or breaks a rule. The Victim's previously sent digital photographs were used as leverage to gain compliance. If she cooperated with his demands, he promised to leave her alone. The suspect ultimately distributed screen shots from the live video chat as well as digital photographs that she previously sent to him, to multiple people on Instagram. Although Victim 1 was in fear of the suspect she eventually refused to comply with his demands and reported the incident to law enforcement.

On October 23, 2019, a search warrant was served on Facebook, Inc. for the data records pertaining to the suspect's Instagram user account. Facebook provided a response which showed the chats between Victim 1 and the suspect. Also found were videos of Victim 1 masturbating and manipulating her vagina. Throughout the chat exchange, the suspect explicitly directs Victim 1 on how to produce the sexually explicit images and videos. The suspect offers Victim 1 various amounts of money and a new phone in exchange for these images, videos, and live video chats. In the chat log, the threats the suspect made to Victim 1 were also found. The chat exchange between VICTIM 1 and the suspect started on September 30, 2019 and continued past October 5, 2019.

On November 4, 2019, VICTIM 1 met with law enforcement from the Fort Lauderdale Police Department. During the follow-up interview, VICTIM 1 positively identified the sexually explicit images and videos of herself which was discovered in the suspect's Instagram account.

On October 23, 2019, a search warrant was also served on Snapchat for the data records pertaining to the suspect's Snapchat user account. Pursuant to that warrant law enforcement was able to determine that the suspect was engaging in sexually explicit chats with other female children, all near the age of 13. He requested sexually explicit images, videos, and live video chats from these unidentified victims using the same modus operandi.

On November 6, 2019, a search warrant was executed at Gangoo's residence in Fort Lauderdale. Pursuant to the execution of the warrant, law enforcement made contact with Steven Gangoo. Gangoo voluntarily agreed to speak with officers on scene.

Gangoo identified the electronic devices in his home that belonged to him and he confirmed ownership of the Instagram accounts that was used to communicate with Victim 1. Gangoo advised that this account were accessed from his Apple iPhone. Gangoo stated that he had exclusive use of this phone and that it was passcode protected.

Gangoo admitted to initiating online communication with Victim 1. He admitted to offering her money in exchange for nude images. Gangoo admitted that he instructed Victim 1 to produce sexually explicit images and videos of her breasts, vagina, and buttocks. Gangoo stated that communications with Victim 1 also occurred via live video chat. Gangoo confirmed that he saved the video/live chatting via the screen record function on his Apple iPhone. Gangoo knew she was under the age of 18. Gangoo admitted that he threatened to expose Victim

1 if she refused to comply with his demands. He also admitted to directing Victim 1 to recruit other female victims who would send him the same type of images and videos.

Gangoo confirmed that he distributed a screenshot of his camera roll showing the saved child pornography images and videos of Victim 1 to other Instagram users. The purpose of distributing the screenshot was to show Victim 1 that he would follow through with his threats.

The foregoing events occurred in Broward County, in the Southern District of Florida. This factual proffer is not intended as a complete recitation of the Defendant's activities in this case. It is submitted solely to provide a factual basis for the Defendant's guilty plea.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 1/11/2022    By: _____
M. CATHERINE KOONTZ
ASSISTANT UNITED STATES ATTY

Date: 1/11/2022    By: _____
JAMES MICHAEL STARK
ATTORNEY FOR DEFENDANT

Date: 1-11-22    By: _____
JAMES STEWART LEWIS, JR
ATTORNEY FOR DEFENDANT

Date: 1/11/22    By: _____
STEVEN GANGOO
DEFENDANT

5